# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK MICHAEL FORD, | ) |
| Petitioner, | ) Case No. 2:13-cv-00087-APG-PAL |
| vs. | ) **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) |
| Respondents. | ) |

This action is petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel.

On April 2, 2013, this Court granted petitioner's motion for counsel and appointed the Federal Public Defender to represent petitioner in this action. (ECF No. 6). On November 15, 2013, through counsel, petitioner filed the second amended petition. (ECF No. 28). The Court now sets a schedule for further proceedings in this action.

**IT IS THEREFORE ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the second amended petition (ECF No. 28) upon the respondents.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of this order within which to answer, or otherwise respond to, the second amended petition. In their answer or other response, respondents shall address all claims presented in the second amended

petition. Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254. If an answer is filed, petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.

**IT FURTHER IS ORDERED** that any state court record exhibits filed by the parties herein shall be filed with an index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed shall further be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.

**IT IS FURTHER ORDERED** that the parties **SHALL SEND** courtesy (paper) copies of all exhibits presented in support of the second amended petition and the response to the second amended petition to the **Reno** Division of this Court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. Additionally, in the future, all parties shall provide courtesy copies of any additional exhibits submitted to the Court in this case, in the manner described above.

Dated this __19th__ day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE