# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK MICHAEL FORD,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-00087-APG-PAL<br><br>**ORDER** |

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time in which to file a reply to the answer. (Dkt. #49). Petitioner seeks an extension of time, up to and including February 11, 2015, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply to the answer (Dkt. #49) is **GRANTED.** Petitioner's reply shall be filed on or before **February 11, 2015.**

    Dated this 8th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE